UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROUSEL INDUSTRIES OF NORTH AMERICA, LLC,  )<br>)<br>Plaintiff,   )<br>)<br>vs.    )<br>)<br>STILLMAN COLLEGE, INCORPORATED,  )<br>)<br>Defendant.   ) | Case No. 1:22-cv-00423 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Carousel Industries of North America, LLC ("Carousel"), by and through its undersigned counsel, hereby dismisses this matter with prejudice.

Respectfully submitted,

**CAROUSEL INDUSTRIES OF
NORTH AMERICA, LLC,**

By its attorneys,

*/s/ Timothy J. Conlon*
Timothy J. Conlon (RI Bar #2523)
tconlon@burnslev.com
Shepard Davidson (MA BBO #557082),
*Admitted pro hac vice*
sdavidson@burnslev.com
Gregory S. Paonessa (MA BBO #691216),
*Admitted pro hac vice*
gpaonessa@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
Dated: December 22, 2022        Tel: 617-345-3000

4895-1545-4534.1